UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SHMUEL STOLLMAN and ELISA STOLLMAN,
individually and on behalf of their infant children          20-CV-08937 (JPC) (JW)
E.S. and L.S.,

                           Plaintiffs,

              -against-

LAKEASHA WILLIAMS, MIRIAM ORTIZ-DOWNES,          **AMENDED NOTICE**
GLENN HYMAN, KAI HAYES, EDWARD                    **OF APPEAL**
O'CONNOR, ANNEMARIE FUSCHETTI, KEREN
ENNETTE, CARMELA MONTANILE, EBONY
RUSSELL, TONYA WHEELOCK, and
CITY OF NEW YORK,

                           Defendants.
-----------------------------------------------------------------------X
C O U N S E L:

        Notice is hereby given that all plaintiffs in the above-named case hereby appeal to the

United States Court of Appeals for the Second Circuit from: 1) the final judgment entered in the

above-entitled action on the 27th day of September, 2023; and 2) the memorandum and order

denying plaintiff's motion to alter or amend the judgment, pursuant to F.R.C.P. 59(e), dated

September 30, 2024.

Dated: New York, New York
        October 15, 2024

                                          S/ Carolyn A. Kubitschek
                                          Carolyn A. Kubitschek
                                          Lansner & Kubitschek
                                          325 Broadway, Suite 203
                                          New York, New York 10007
                                          212-349-0900
                                          Ckubitschek@lanskub.com
                                          *Attorneys for Plaintiffs*

CLOSED,APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:20–cv–08937–JPC–JW

Stollman et al v. Williams et al
Assigned to: Judge John P. Cronan
Referred to: Magistrate Judge Jennifer E. Willis
Cause: 42:1983 Civil Rights Act

Date Filed: 10/26/2020
Date Terminated: 09/27/2023
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Shmuel Stollman**
*on behalf of their infant children ES and LS*

represented by **David Jeffrey Lansner**
Lansner & Kubitschek
325 Broadway, Suite 203
New York, NY 10007
(212)–349–0900
Fax: (212)–349–0694
Email: dlansner@lanskub.com
*ATTORNEY TO BE NOTICED*

**Lesley Berson Mbaye**
Law Office of Lesley Berson
380 Malcolm X Blvd #2B
10027
New York, NY 10027
917–251–7058
Email: lesleyberson@gmail.com
*ATTORNEY TO BE NOTICED*

**Martin Friedlander**
Martin Friedlander PC
16 Court Street
Suite 2304
Brooklyn, NY 11241
212–321–7092
Fax: 212–202–4461
Email: mef@mflawyer.com
*TERMINATED: 04/01/2022*

**Carolyn A. Kubitschek**
Lansner & Kubitschek
325 Broadway, Suite 203
New York, NY 10007
212–349–0900
Fax: 212–349–0694
Email: ckubitschek@lanskub.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elisa Stollman**
*on behalf of their infant children ES and LS*

represented by **David Jeffrey Lansner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lesley Berson Mbaye**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn A. Kubitschek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elisa Stollman**
*individually*

represented by **Lesley Berson Mbaye**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carolyn A. Kubitschek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shmuel Stollman**
*individually*

represented by **Lesley Berson Mbaye**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Martin Friedlander**
(See above for address)
*TERMINATED: 04/01/2022*

**Carolyn A. Kubitschek**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lakeasha Williams**

represented by **Copatrick Thomas**
Gordon Rees Scully Mansukhani, LLP
One Battery Park Plaza
Ste 28th Floor
New York, NY 10004
212–453–0792
Email: cthomas.columbia@gmail.com
*TERMINATED: 07/06/2022*
*LEAD ATTORNEY*

**Jacquelyn Dainow**
New York City Law Department
100 Church Street
NYC, NY 10007
212–356–0896
Email: jadainow@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joyce**
New York City Law Department
100 Church Street
Rm. 2–303B
New York, NY 10007
(212) 356–2650
Fax: (212) 788–9776
Email: ksavino@law.nyc.gov
*TERMINATED: 03/15/2023*
*LEAD ATTORNEY*

**Shlomit Aroubas**
New York City Law Department
100 Church Street
New York, NY 10007
212–356–8768
Email: saroubas@law.nyc.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Andrew James Rauchberg**
New York City Law Department
100 Church Street Room 6–188
New York, NY 10007
(212) 356–0891
Fax: (212) 356–8760
Email: arauchbe@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Miriam Ortiz–Downes**                    represented by    **Copatrick Thomas**
(See above for address)
*TERMINATED: 07/06/2022*
*LEAD ATTORNEY*

**Jacquelyn Dainow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joyce**
(See above for address)
*TERMINATED: 03/15/2023*
*LEAD ATTORNEY*

**Shlomit Aroubas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew James Rauchberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Glenn Hyman**                    represented by    **Copatrick Thomas**
(See above for address)
*TERMINATED: 07/06/2022*
*LEAD ATTORNEY*

**Jacquelyn Dainow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joyce**
(See above for address)
*TERMINATED: 03/15/2023*
*LEAD ATTORNEY*

**Shlomit Aroubas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew James Rauchberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kai Hayes**                    represented by

**Copatrick Thomas**
(See above for address)
*TERMINATED: 07/06/2022*
*LEAD ATTORNEY*

**Jacquelyn Dainow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joyce**
(See above for address)
*TERMINATED: 03/15/2023*
*LEAD ATTORNEY*

**Shlomit Aroubas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew James Rauchberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of New York**                    represented by   **Copatrick Thomas**
(See above for address)
*TERMINATED: 07/06/2022*
*LEAD ATTORNEY*

**Jacquelyn Dainow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joyce**
(See above for address)
*TERMINATED: 03/15/2023*
*LEAD ATTORNEY*

**Shlomit Aroubas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew James Rauchberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Annemarie Fuschetti**                  represented by   **Copatrick Thomas**
(See above for address)
*TERMINATED: 07/06/2022*
*LEAD ATTORNEY*

**Jacquelyn Dainow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joyce**
(See above for address)
*TERMINATED: 03/15/2023*
*LEAD ATTORNEY*

**Shlomit Aroubas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew James Rauchberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Ebony Russell          represented by    **Copatrick Thomas**
(See above for address)
*TERMINATED: 07/06/2022*
*LEAD ATTORNEY*

**Jacquelyn Dainow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joyce**
(See above for address)
*TERMINATED: 03/15/2023*
*LEAD ATTORNEY*

**Shlomit Aroubas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew James Rauchberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Carmela Montanile      represented by    **Copatrick Thomas**
(See above for address)
*TERMINATED: 07/06/2022*
*LEAD ATTORNEY*

**Jacquelyn Dainow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joyce**
(See above for address)
*TERMINATED: 03/15/2023*
*LEAD ATTORNEY*

**Shlomit Aroubas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew James Rauchberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Tonya Wheelock       represented by    **Copatrick Thomas**
(See above for address)

*TERMINATED: 07/06/2022*
*LEAD ATTORNEY*

**Jacquelyn Dainow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joyce**
(See above for address)
*TERMINATED: 03/15/2023*
*LEAD ATTORNEY*

**Shlomit Aroubas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew James Rauchberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward O'Connor**                    represented by   **Copatrick Thomas**
(See above for address)
*TERMINATED: 07/06/2022*
*LEAD ATTORNEY*

**Jacquelyn Dainow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joyce**
(See above for address)
*TERMINATED: 03/15/2023*
*LEAD ATTORNEY*

**Shlomit Aroubas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew James Rauchberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Keren Ennette**                      represented by   **Copatrick Thomas**
(See above for address)
*TERMINATED: 07/06/2022*
*LEAD ATTORNEY*

**Jacquelyn Dainow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joyce**
(See above for address)
*TERMINATED: 03/15/2023*
*LEAD ATTORNEY*

**Shlomit Aroubas**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew James Rauchberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Safe Horizon, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2020 | 1 | COMPLAINT against CITY OF NEW YORK, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward Scott O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams. (Filing Fee $ 400.00, Receipt Number ANYSDC–22311908)Document filed by Elisa Stollman, Shmuel Stollman..(Kubitschek, Carolyn) (Entered: 10/26/2020) |
| 10/26/2020 | 2 | **FILING ERROR – SUMMONS REQUEST PDF ERROR** – REQUEST FOR ISSUANCE OF SUMMONS as to Lakeasha Williams, Miriam Ortiz–Downes, Glenn Hyman, Edward O'Connor, Annemarie Fuschetti, Keren Ennette, Camrela Montaniel, Ebony Russell, Tonya Wheelock, City of New York, re: 1 Complaint,. Document filed by Elisa Stollman, Shmuel Stollman..(Kubitschek, Carolyn) Modified on 10/27/2020 (jgo). (Entered: 10/26/2020) |
| 10/26/2020 | 3 | **FILING ERROR – PDF ERROR** – CIVIL COVER SHEET filed..(Kubitschek, Carolyn) Modified on 10/27/2020 (jgo). (Entered: 10/26/2020) |
| 10/26/2020 | 4 | NOTICE OF APPEARANCE by David Jeffrey Lansner on behalf of Elisa Stollman, Shmuel Stollman..(Lansner, David) (Entered: 10/26/2020) |
| 10/27/2020 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Carolyn A. Kubitschek re: Document No. 1 Complaint. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; add parties: Shmuel Stollman with party text 'individually', Elisa Stollman with party text 'individually', and, Keren Ennette. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents... (jgo)** Modified on 11/2/2020 (jgo). (Entered: 10/27/2020) |
| 10/27/2020 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Carolyn A. Kubitschek to RE–FILE Document No. 3 Civil Cover Sheet. The filing is deficient for the following reason(s): Origin code was not selected;. Re–file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated October 1, 2020. The S.D.N.Y. Civil Cover Sheet dated October 1, 2020 is located at http://nysd.uscourts.gov/file/forms/civil–cover–sheet.. (jgo)** (Entered: 10/27/2020) |
| 10/27/2020 | | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Carolyn A. Kubitschek. The following case opening statistical information was erroneously selected/entered: Cause of Action code 28:1331; County code New York;. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 42:1983; the County code has been modified to Kings;. (jgo)** (Entered: 10/27/2020) |
| 10/27/2020 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Carolyn A. Kubitschek. The party information for the following party/parties has been modified: Shmuel Stollman; Elisa Stollman; Lakeasha Williams; Miriam Ortiz–Downes; Glenn Hyman; Kai Hayes; CITY OF NEW YORK; Annemarie Fuschetti; Ebony Russell; Carmela Montanile; Tonya Wheelock; Edward Scott O'Connor. The information for the party/parties has been modified for the following reason/reasons: party name contained a** |

|  |  |  |
|---|---|---|
|  |  | **typographical error; party name was entered in all caps; party role was entered incorrectly; party text was omitted;. (jgo)** (Entered: 10/27/2020) |
| 10/27/2020 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge John P. Cronan. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(jgo) (Entered: 10/27/2020) |
| 10/27/2020 |  | Magistrate Judge Kevin Nathaniel Fox is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 10/27/2020) |
| 10/27/2020 |  | Case Designated ECF. (jgo) (Entered: 10/27/2020) |
| 10/27/2020 |  | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Carolyn A. Kubitschek to RE–FILE Document No. **2** Request for Issuance of Summons,. The filing is deficient for the following reason(s): the form used for the summons is not the official A.O. Summons form dated June 2012; party must be added in order for summons to be issued;. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (jgo)** (Entered: 10/27/2020) |
| 10/27/2020 | **5** | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST As To –** REQUEST FOR ISSUANCE OF SUMMONS as to Lakeasha Williams, Miriam Ortiz–Downes, Glenn Hyman, Edward O'Connor, Annemarie Fuschetti, Keren Ennette, Carmela Montanile, Ebony Russell, Tonya Wheelock, City of New York, re: 1 Complaint,. Document filed by Elisa Stollman, Shmuel Stollman..(Kubitschek, Carolyn) Modified on 10/29/2020 (dnh). (Entered: 10/27/2020) |
| 10/27/2020 | 6 | CIVIL COVER SHEET filed..(Kubitschek, Carolyn) (Entered: 10/27/2020) |
| 10/28/2020 | 7 | NOTICE OF ASSIGNMENT: This case has been assigned to the undersigned for all purposes. All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon–john–p–cronan. Counsel for all parties are hereby ORDERED to appear before the undersigned for an Initial Pretrial Conference ("IPTC") in accordance with Rule 16 of the Federal Rules of Civil Procedure on January 14, 2021, at 2:00 p.m. The conference shall take place in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. Absent leave of Court obtained by letter–motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel. And as set forth herein. SO ORDERED. Initial Conference set for 1/14/2021 at 02:00 PM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge John P. Cronan. (Signed by Judge John P. Cronan on 10/28/2020) (ama) (Entered: 10/28/2020) |
| 10/29/2020 |  | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Carolyn A. Kubitschek to RE–FILE Document No. **5** Request for Issuance of Summons. The filing is deficient for the following reason(s): 'At to' Error; all of the defendants listed in the 'To' section of the summons PDF must be listed in the as to docket entry text (Kai Hayes was omitted from the docket entry). Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (dnh)** (Entered: 10/29/2020) |
| 10/30/2020 | 8 | **FILING ERROR – SUMMONS REQUEST PARTY ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to Lakeasha Williams, Miriam Ortiz–Downes, Glenn Hyman, Kai Hayes, Edward O'Connor, Annemarie Fuschetti, Keren Ennette, Carmela Montanile, Ebony Russell, Tonya Wheelock, and City of New York,, re: 1 Complaint,. |

| | | |
|---|---|---|
| | | Document filed by Elisa Stollman, Shmuel Stollman..(Kubitschek, Carolyn) Modified on 11/2/2020 (jgo). (Entered: 10/30/2020) |
| 11/02/2020 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Carolyn A. Kubitschek to RE–FILE Document No. 8 Request for Issuance of Summons,. The filing is deficient for the following reason(s): party Keren Ennette must be added to the docket in order for summons to be issued;. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (jgo) (Entered: 11/02/2020) |
| 11/02/2020 | | ADD PARTY FOR PLEADING. Defendants/Respondents City of New York, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams, Keren Ennette added. Party added pursuant to 1 Complaint,.Document filed by Elisa Stollman, Shmuel Stollman, Elisa Stollman, Shmuel Stollman. Related document: 1 Complaint,..(Kubitschek, Carolyn) (Entered: 11/02/2020) |
| 11/02/2020 | 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Lakeasha Williams, Miriam Ortiz–Downes, Glenn Hyman, Kai Hayes, Edward O'Connor, Annemarie Fuschetti, Keren Ennette, Carmela Montanile, Ebony Russell, Tonya Wheelock, City of New York,, re: 1 Complaint,. Document filed by Elisa Stollman, Elisa Stollman, Shmuel Stollman, Shmuel Stollman..(Kubitschek, Carolyn) (Entered: 11/02/2020) |
| 11/04/2020 | 10 | ELECTRONIC SUMMONS ISSUED as to City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(dnh) (Entered: 11/04/2020) |
| 11/25/2020 | 11 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, addressed to Judge John P. Cronan from Copatrick Thomas dated 11/25/2020. Document filed by City of New York..(Thomas, Copatrick) (Entered: 11/25/2020) |
| 11/30/2020 | 12 | ORDER granting 11 Letter Motion for Extension of Time to Answer. Defendants' request is GRANTED. Defendants shall file their response to the Complaint by January 11, 2021. City of New York answer due 1/11/2021 (Signed by Judge John P. Cronan on 11/26/2020) (cf) (Entered: 11/30/2020) |
| 01/05/2021 | 13 | ORDER It is hereby ORDERED that the Initial Pretrial Conference scheduled for January 14, 2021 at 2:00 p.m. will take place via telephone. At the scheduled time, counsel for the parties should call (866) 434–5269, access code 9176261. (HEREBY ORDERED by Judge John P. Cronan) (Text Only Order) (mhe) (Entered: 01/05/2021) |
| 01/06/2021 | 14 | NOTICE OF APPEARANCE by Martin Friedlander on behalf of Shmuel Stollman, Shmuel Stollman..(Friedlander, Martin) (Entered: 01/06/2021) |
| 01/06/2021 | 15 | ORDER The Initial Pretrial Conference scheduled for January 14, 2021, at 2:00 p.m. is hereby adjourned to January 21, 2021, at 12:30 p.m. At the scheduled time, counsel for the parties should call (866) 434–5269, access code 9176261. The parties are required to submit the joint letter and proposed Case Management Plan, as directed by the Court's October 28, 2020 Order, a week before the Conference." (HEREBY ORDERED by Judge John P. Cronan) (Text Only Order) (mhe) (Entered: 01/06/2021) |
| 01/06/2021 | | Set/Reset Hearings: Initial Conference set for 1/21/2021 at 12:30 AM before Judge John P. Cronan. (mhe) (Entered: 01/06/2021) |
| 01/08/2021 | 16 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, *and to adjourn initial pretrial conference* addressed to Judge John P. Cronan from Copatrick Thomas dated 1/8/2021. Document filed by City of New York..(Thomas, Copatrick) (Entered: 01/08/2021) |
| 01/11/2021 | 17 | ORDER granting in part and denying in part 16 Letter Motion for Extension of Time to Answer. Defendant's request is GRANTED in part. Defendants shall respond to the Complaint by January 25, 2021. The Initial Pretrial Conference scheduled for January 21, 2021, at 12:30 p.m. is hereby adjourned to February 3, 2021, at 12:00 p.m. Unless the Court directs otherwise, the Court plans to conduct the conference by teleconference. At the scheduled time, counsel for all parties should call (866) |

| | | |
|---|---|---|
| | | 434–5269, access code 9176261. SO ORDERED.. (Signed by Judge John P. Cronan on 1/8/2021) (ks) (Entered: 01/11/2021) |
| 01/11/2021 | | Set/Reset Deadlines: City of New York answer due 1/24/2021., Set/Reset Hearings:( Initial Conference set for 2/3/2021 at 12:00 PM before Judge John P. Cronan.) (ks) (Entered: 01/11/2021) |
| 01/25/2021 | 18 | ANSWER to 1 Complaint,. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Thomas, Copatrick) (Entered: 01/25/2021) |
| 01/29/2021 | 19 | ORDER. The parties are reminded that they are ordered to appear before the undersigned for an Initial Pretrial Conference ("IPTC") on February 3, 2021, at 12:00 p.m. (Dkt. 17). Pursuant to the Court's Notice of Reassignment, which scheduled the original Initial Pretrial Conference, the parties were directed to file both a proposed Civil Case Management Plan and a joint letter no later than seven days prior to the IPTC. (Dkt. 7). To date, the parties have submitted neither. The parties are hereby ORDERED to submit these filings by no later than February 2, 2021 at 5:00 p.m. SO ORDERED. (Signed by Judge John P. Cronan on 1/29/2021) (rjm) (Entered: 01/29/2021) |
| 01/29/2021 | 20 | LETTER addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated January 29, 2021 re: Initial Case Management Conference. Document filed by Elisa Stollman. (Attachments: # 1 Text of Proposed Order CMP Scheduling Order).(Kubitschek, Carolyn) (Entered: 01/29/2021) |
| 02/03/2021 | 21 | ORDER The Initial Pretrial Conference scheduled for February 3, 2021 at 12:00PM is hereby adjourned to February 3, 2021 at 4:30PM. Public dial in: USA Toll–Free Number: (866) 434–5269, Access Code: 9176261 (HEREBY ORDERED by Judge John P. Cronan) (Text Only Order) (mhe) (Entered: 02/03/2021) |
| 02/03/2021 | | Minute Entry for proceedings held before Judge John P. Cronan: Telephone Conference held on February 3, 2021. The Court will enter the parties proposed Case Management Plan. A joint status letter is due from the parties on July 25, 2021. (No Court Reporter Present) (mhe) (Entered: 02/08/2021) |
| 02/04/2021 | 22 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: This Civil Case Management Plan ("the Plan") is submitted by the parties in accordance with Rule 26(f)(3) of the Federal Rules of Civil Procedure. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. 636(c). Deposition due by 7/18/2021. All Fact Discovery due by 6/3/2021. All Expert Discovery due by 7/18/2021. All Discovery due by 7/18/2021. Ready for Trial by 8/2/2021. This case is to be tried to a jury. Counsel for the parties have conferred and their present best estimate of the length of trial is two weeks. The parties are ORDERED to file a status letter with the Court on July 25, 2021. In that status letter, the parties should address (1) the status of any settlement discussions, including whether the parties request a referral to the Court– annexed mediation program or to Judge Fox for a settlement conference; and (2) whether they anticipate filing any summary judgment motions and, if so, the subject matter of any motions. And as set forth herein. SO ORDERED. (Signed by Judge John P. Cronan on 2/04/2021) (ama) (Entered: 02/04/2021) |
| 05/03/2021 | 23 | FIRST LETTER MOTION to Compel City of New York to Produce discovery *documents* addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated May 3, 2021., FIRST LETTER MOTION for Discovery *answers to interrogatories* addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated May 3, 2021. Document filed by Elisa Stollman, Elisa Stollman, Shmuel Stollman, Shmuel Stollman. (Attachments: # 1 Exhibit Plaintiff's 1st request for documents, # 2 Exhibit Plaintiff's 2nd request for documents, # 3 Exhibit Plaintiff's 1st Interrogatories).(Kubitschek, Carolyn) (Entered: 05/03/2021) |
| 05/04/2021 | 24 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement). Referred to Magistrate Judge Kevin Nathaniel Fox. Motions referred to Kevin Nathaniel Fox. (Signed by Judge John P. Cronan on 5/4/2021) (vfr) (Entered: |

| | | 05/04/2021) |
|---|---|---|
| 05/07/2021 | 25 | ORDER: IT IS HEREBY ORDERED that on or before May 11, 2021, the defendants shall file their response to the letter appearing at Docket Entry No. 23. So Ordered. (Responses due by 5/11/2021) (Signed by Magistrate Judge Kevin Nathaniel Fox on 5/7/2021) (js) (Entered: 05/07/2021) |
| 05/11/2021 | 26 | PROPOSED PROTECTIVE ORDER. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams. (Attachments: # 1 Exhibit A).(Thomas, Copatrick) (Entered: 05/11/2021) |
| 05/11/2021 | 27 | LETTER RESPONSE to Motion addressed to Magistrate Judge Kevin Nathaniel Fox from Copatrick Thomas dated 5/11/2021 re: 23 FIRST LETTER MOTION to Compel City of New York to Produce discovery *documents* addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated May 3, 2021.FIRST LETTER MOTION for Discovery *answers to interrogatories* addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated May 3, 2021. . Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Thomas, Copatrick) (Entered: 05/11/2021) |
| 05/12/2021 | 28 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... SO ORDERED. (Signed by Magistrate Judge Kevin Nathaniel Fox on 5/12/2021) (vfr) (Entered: 05/12/2021) |
| 05/12/2021 | 29 | ORDER denying 23 Letter Motion to Compel, based on Docket Entry No.26 and Docket Entry No.27; and granting 23 Letter Motion for Discovery. The time for the plaintiffs to serve requests to admit and make expert disclosures, as well as their time to complete depositions is enlarged to July 15, 2021. (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox)(Text Only Order) (Fox, Kevin Nathaniel) (Entered: 05/12/2021) |
| 05/28/2021 | 30 | LETTER MOTION to Compel Defendants to produce documents in response to plaintiffs' discovery requests addressed to Magistrate Judge Kevin Nathaniel Fox from Carolyn A. Kubitschek dated May 28, 2021. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 05/28/2021) |
| 06/02/2021 | 31 | LETTER RESPONSE in Support of Motion addressed to Magistrate Judge Kevin Nathaniel Fox from David J. Lansner dated June 2, 2021 re: 30 LETTER MOTION to Compel Defendants to produce documents in response to plaintiffs' discovery requests addressed to Magistrate Judge Kevin Nathaniel Fox from Carolyn A. Kubitschek dated May 28, 2021. . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 06/02/2021) |
| 06/02/2021 | 32 | ORDER with respect to 30 Letter Motion to Compel. On or before June 4, 2021, the parties shall submit a joint writing to the Court that addresses the disputes outlined in the plaintiffs' letter appearing at Docket Entry No. 30. The letter shall comply with Rule 2(A) of the Court's Individual Rules of Practice. The parties are reminded that failure to comply with a court order may result in sanctions. SO ORDERED. (Signed by Magistrate Judge Kevin Nathaniel Fox on 6/2/2021) (va) (Entered: 06/02/2021) |
| 06/04/2021 | 33 | LETTER MOTION to Compel Defendants to produce documents in response to plaintiffs' discovery requests *and extend discovery deadline* addressed to Magistrate Judge Kevin Nathaniel Fox from Carolyn A. Kubitschek and Copatrick Thomas dated June 4, 2021. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 06/04/2021) |
| 06/14/2021 | 34 | ORDER terminating 33 Letter Motion to Compel. The Court has reviewed the parties' letter appearing at Docket Entry No. 33. Based on the representations made in that letter, the defendants are directed to: 1) tender a privilege log to the plaintiffs expeditiously for any material withheld from disclosure based on privilege; and 2) advise the Court in writing, on or before June 17, 2021, whether they have provided to the plaintiffs all material responsive to the plaintiffs' discovery demands. This order resolves Docket Entry No. 33. (Signed by Magistrate Judge Kevin Nathaniel Fox on 6/14/2021) (rro) (Entered: 06/14/2021) |

| | | |
|---|---|---|
| 06/16/2021 | 35 | LETTER MOTION for Extension of Time *to comply with the Court's June 14, 2021 Order and to respond to Plaintiffs' First Request for Admissions* addressed to Magistrate Judge Kevin Nathaniel Fox from Copatrick Thomas dated 6/16/2021. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Thomas, Copatrick) (Entered: 06/16/2021) |
| 06/21/2021 | 36 | ORDER granting 35 Letter Motion for Extension of Time. The Court understands from the defendants' letter at Docket Entry No. 35 that they have not yet "provided to the plaintiffs all material responsive to the plaintiffs' discovery demands."Therefore, no extension of time to advise the Court whether the defendants have provided all material responsive to the plaintiffs' discovery demands is necessary. The defendants' request for an extension of time to respond to the plaintiffs' First Request for Admissions, to June 24, 2021, is granted. The parties are directed to file a joint writing informing the Court of the status of discovery in this action on or before July 1, 2021. Additionally, the plaintiffs' request for an extension of the period to complete discovery, to August 20, 2021, which appears in Docket Entry No. 33, is granted. This order resolves Docket Entry No. 35. SO ORDERED. Discovery due by 8/20/2021. (Signed by Magistrate Judge Kevin Nathaniel Fox on 6/21/2021) (va) (Entered: 06/21/2021) |
| 07/01/2021 | 37 | STATUS REPORT. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Thomas, Copatrick) (Entered: 07/01/2021) |
| 07/06/2021 | 38 | ORDER: IT IS HEREBY ORDERED that a telephone conference shall be held in the above–captioned action on July 13, 2021, at 4:30 p.m. All parties are directed to call (888) 557–8511 and, thereafter, enter access code 4862532. SO ORDERED. ( Telephone Conference set for 7/13/2021 at 04:30 PM before Magistrate Judge Kevin Nathaniel Fox.) (Signed by Magistrate Judge Kevin Nathaniel Fox on 7/6/2021) (va) (Entered: 07/06/2021) |
| 07/07/2021 | 39 | NOTICE OF APPEARANCE by Lesley Berson Mbaye on behalf of Elisa Stollman, Elisa Stollman, Shmuel Stollman, Shmuel Stollman..(Mbaye, Lesley) (Entered: 07/07/2021) |
| 07/13/2021 | | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox: Telephone Conference held on 7/13/2021. (Potter, Elizabeth) (Entered: 07/13/2021) |
| 07/16/2021 | 40 | CONSENT LETTER addressed to Magistrate Judge Kevin Nathaniel Fox from Carolyn A. Kubitschek dated 07/16/2021 re: Depositions. Document filed by Elisa Stollman, Elisa Stollman, Shmuel Stollman, Shmuel Stollman..(Kubitschek, Carolyn) (Entered: 07/16/2021) |
| 07/19/2021 | 41 | ***SELECTED PARTIES***FIRST MOTION to Compel Defendants to Produce discovery and testimony . Document filed by Elisa Stollman.Motion or Order to File Under Seal: 28 .(Kubitschek, Carolyn) (Entered: 07/19/2021) |
| 07/19/2021 | 42 | ***SELECTED PARTIES***DECLARATION of Carolyn A. Kubitschek in Support re: 41 FIRST MOTION to Compel Defendants to Produce discovery and testimony .. Document filed by Elisa Stollman, City of New York. (Attachments: # 1 Exhibit Child Protective Services Intake Report, # 2 Exhibit Trial testimony, # 3 Exhibit Trial Testimony, # 4 Exhibit Defendants' privilege log, # 5 Exhibit Family Assessment Response, # 6 Exhibit Investigation Progress Notes, # 7 Exhibit Family Services Progress Notes)Motion or Order to File Under Seal: 28 .(Kubitschek, Carolyn) (Entered: 07/19/2021) |
| 07/19/2021 | 43 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 41 FIRST MOTION to Compel Defendants to Produce discovery and testimony . . Document filed by Elisa Stollman, City of New York. Motion or Order to File Under Seal: 28 .(Kubitschek, Carolyn) (Entered: 07/19/2021) |
| 07/29/2021 | 44 | MEMORANDUM OF LAW in Opposition re: 41 FIRST MOTION to Compel Defendants to Produce discovery and testimony . . Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya |

| | | |
|---|---|---|
| | | Wheelock, Lakeasha Williams..(Thomas, Copatrick) (Entered: 07/29/2021) |
| 08/02/2021 | 45 | ***SELECTED PARTIES***REPLY AFFIRMATION of David J. Lansner in Support re: 41 FIRST MOTION to Compel Defendants to Produce discovery and testimony .. Document filed by Elisa Stollman, Elisa Stollman. (Attachments: # 1 Exhibit Russell Deposition transcript, # 2 Exhibit O'Connor Trial testimony)Motion or Order to File Under Seal: 28 .(Kubitschek, Carolyn) (Entered: 08/02/2021) |
| 08/02/2021 | 46 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 41 FIRST MOTION to Compel Defendants to Produce discovery and testimony . . Document filed by Elisa Stollman, City of New York. Motion or Order to File Under Seal: 28 .(Kubitschek, Carolyn) (Entered: 08/02/2021) |
| 08/02/2021 | 47 | ***SELECTED PARTIES***DECLARATION of David J. Lansner in Support re: 41 FIRST MOTION to Compel Defendants to Produce discovery and testimony .. Document filed by Elisa Stollman, City of New York. (Attachments: # 1 Exhibit Russell Deposition transcript, # 2 Exhibit O'Connor Trial testimony)Motion or Order to File Under Seal: 28 .(Kubitschek, Carolyn) (Entered: 08/02/2021) |
| 08/02/2021 | 48 | ***SELECTED PARTIES***DECLARATION of David J. Lansner in Support re: 41 FIRST MOTION to Compel Defendants to Produce discovery and testimony .. Document filed by Elisa Stollman, City of New York. (Attachments: # 1 Exhibit Russell Deposition transcript, # 2 Exhibit O'Connor Trial testimony)Motion or Order to File Under Seal: 28 .(Kubitschek, Carolyn) (Entered: 08/02/2021) |
| 08/03/2021 | 49 | NOTICE Subpoena Duces Tecum as to N/A document(s): N/A on N/A at N/A.Document filed by Elisa Stollman. (Attachments: # 1 Exhibit Notice of Motion, # 2 Affidavit Declaration of Carolyn A. Kubitschek, # 3 Exhibit Email).(Kubitschek, Carolyn) (Entered: 08/03/2021) |
| 08/18/2021 | 50 | JOINT LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Kevin Nathaniel Fox from Copatrick Thomas dated 8/18/2021. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Thomas, Copatrick) (Entered: 08/18/2021) |
| 08/19/2021 | 51 | ORDER: For the reasons outlined above, the plaintiffs' motion, Docket Entry No. 49–1, is denied. SO ORDERED. (Signed by Magistrate Judge Kevin Nathaniel Fox on 8/19/2021) (jca) (Entered: 08/19/2021) |
| 08/22/2021 | 52 | ORDER granting 50 Letter Motion for Extension of Time to Complete Discovery. The schedule proposed by the parties in Docket Entry 50 is adopted by the Court and will govern the parties' pretrial activities. (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox)(Text Only Order) (Fox, Kevin Nathaniel) (Entered: 08/22/2021) |
| 09/03/2021 | 53 | Objection re: 49 Notice Subpoena Duces Tecum . Document filed by Safe Horizon, Inc...(Mechling, Curtis) (Entered: 09/03/2021) |
| 10/05/2021 | 54 | MOTION to Compel Safe Horizon, Inc. to comply with subpoena *and to hold Safe Horizon, Inc. in contempt of court*. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 10/05/2021) |
| 10/05/2021 | 55 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT #57) –** MEMORANDUM OF LAW in Support re: 54 MOTION to Compel Safe Horizon, Inc. to comply with subpoena *and to hold Safe Horizon, Inc. in contempt of court*. . Document filed by Elisa Stollman. (Attachments: # 1 Exhibit Subpoena to Safe Horizon, Inc., # 2 Exhibit Subpoena to BCAC, # 3 Exhibit Kareem Farmer's signature, # 4 Exhibit Email to M. Williams, Esq. 7.28.2021, # 5 Exhibit Email from M. Williams, Esq. 7.28.2021, # 6 Exhibit Email from M. Williams, Esq. 7.29.2021, # 7 Exhibit Notice of Motion for issuance of subpoena, # 8 Exhibit Declaration in support of motion for subpoena, # 9 Exhibit Motion for issuance of subpoena exhibit, # 10 Exhibit Subpoena to Safe Horizon, Inc., # 11 Exhibit 8.19.2021 Order, # 12 Exhibit Safe Horizon's Objections and responses, # 13 Exhibit BCAC policies, procedures and protocol manual).(Kubitschek, Carolyn) Modified on 10/5/2021 (ldi). (Entered: 10/05/2021) |

| 10/05/2021 | 56 | DECLARATION of Carolyn A. Kubitschek in Support re: 54 MOTION to Compel Safe Horizon, Inc. to comply with subpoena *and to hold Safe Horizon, Inc. in contempt of court*.. Document filed by Elisa Stollman. (Attachments: # 1 Exhibit Subpoena to Safe Horizon, Inc., # 2 Exhibit Subpoena to BCAC, # 3 Exhibit Kareem Farmer's signature, # 4 Exhibit Email to M. Williams, Esq. 7.28.2021, # 5 Exhibit Email from M. Williams, Esq. 7.28.2021, # 6 Exhibit Email from M. Williams, Esq. 7.29.2021, # 7 Exhibit Notice of Motion for issuance of subpoena, # 8 Exhibit Declaration in support of motion for subpoena, # 9 Exhibit Motion for issuance of subpoena exhibit, # 10 Exhibit Subpoena to Safe Horizon, Inc., # 11 Exhibit 8.19.2021 Order, # 12 Exhibit Safe Horizon's Objections and responses, # 13 Exhibit BCAC policies, procedures and protocol manual).(Kubitschek, Carolyn) (Entered: 10/05/2021) |
|---|---|---|
| 10/05/2021 | 57 | MEMORANDUM OF LAW in Support re: 54 MOTION to Compel Safe Horizon, Inc. to comply with subpoena *and to hold Safe Horizon, Inc. in contempt of court*. . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 10/05/2021) |
| 10/05/2021 | 58 | DECLARATION of Carolyn A. Kubitschek in Support re: 54 MOTION to Compel Safe Horizon, Inc. to comply with subpoena *and to hold Safe Horizon, Inc. in contempt of court*.. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 10/05/2021) |
| 10/07/2021 | 59 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Kevin Nathaniel Fox from Copatrick Thomas dated 10/7/2021. Document filed by City of New York..(Thomas, Copatrick) (Entered: 10/07/2021) |
| 10/08/2021 | 60 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Kevin Nathaniel Fox from Carolyn A. Kubitschek dated October 8, 2021 re: 59 LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Kevin Nathaniel Fox from Copatrick Thomas dated 10/7/2021. . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 10/08/2021) |
| 10/08/2021 | 61 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Kevin Nathaniel Fox from Copatrick Thomas dated 10/8/2021 re: 59 LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Kevin Nathaniel Fox from Copatrick Thomas dated 10/7/2021. . Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Thomas, Copatrick) (Entered: 10/08/2021) |
| 10/11/2021 | 62 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Kevin Nathaniel Fox from Carolyn A. Kubitschek dated October 11, 2021 re: 59 LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Kevin Nathaniel Fox from Copatrick Thomas dated 10/7/2021. . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 10/11/2021) |
| 10/12/2021 | 63 | MEMORANDUM OF LAW in Opposition re: 54 MOTION to Compel Safe Horizon, Inc. to comply with subpoena *and to hold Safe Horizon, Inc. in contempt of court*. . Document filed by Safe Horizon, Inc...(Mechling, Curtis) (Entered: 10/12/2021) |
| 10/12/2021 | 64 | DECLARATION of Ayana M. Robertson in Opposition re: 54 MOTION to Compel Safe Horizon, Inc. to comply with subpoena *and to hold Safe Horizon, Inc. in contempt of court*.. Document filed by Safe Horizon, Inc.. (Attachments: # 1 Exhibit A – 7/29/2021 Email, # 2 Exhibit B – Subpoena (Redacted)).(Mechling, Curtis) (Entered: 10/12/2021) |
| 10/14/2021 | 65 | REPLY MEMORANDUM OF LAW in Support re: 54 MOTION to Compel Safe Horizon, Inc. to comply with subpoena *and to hold Safe Horizon, Inc. in contempt of court*. . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 10/14/2021) |
| 10/14/2021 | 66 | DECLARATION of Carolyn A. Kubitschek in Support re: 54 MOTION to Compel Safe Horizon, Inc. to comply with subpoena *and to hold Safe Horizon, Inc. in contempt of court*.. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 10/14/2021) |
| 10/19/2021 | 67 | ***SELECTED PARTIES*** SEALED ORDER: The Clerk of Court is directed to file this document under seal, with the viewing level set at Selected Parties. SO |

| | | |
|---|---|---|
| | | ORDERED. (Signed by Magistrate Judge Kevin Nathaniel Fox on 10/19/2021) (va) (Entered: 10/19/2021) |
| 10/19/2021 | 68 | REDACTED ORDER: On or before October 22, 2021, the plaintiffs shall file the entirety of each deposition transcript under seal. The plaintiffs shall indicate to the Court the page numbers of the relevant testimony described above. The plaintiffs shall comply with Rule 4 of the undersigned's Individual Rules of Practice and ECFRules & Instructions, section 6, with respect to filing documents under seal electronically. SO ORDERED. (Signed by Magistrate Judge Kevin Nathaniel Fox on 10/19/2021) (va) (Entered: 10/19/2021) |
| 10/19/2021 | | Set/Reset Deadlines: Deposition due by 10/22/2021. (va) (Entered: 10/19/2021) |
| 10/21/2021 | 69 | ***SELECTED PARTIES*** RESPONSE to Motion re: 41 FIRST MOTION to Compel Defendants to Produce discovery and testimony . *and to Magistrate Judge's order*. Document filed by Elisa Stollman, City of New York, Elisa Stollman. (Attachments: # 1 Exhibit Exh.10 Deposition transcript, # 2 Exhibit Exh. 11 Deposition transcript, # 3 Exhibit Exh. 12 LDSS Form, # 4 Exhibit Exh. 13 Deposition transcript)Motion or Order to File Under Seal: 67 .(Kubitschek, Carolyn) (Entered: 10/21/2021) |
| 11/03/2021 | 70 | ORDER granting 59 Letter Motion for Extension of Time to Complete Discovery. All fact discovery must be completed by December 10, 2021. Expert discovery must be completed by February 8, 2022. Pre–motion letters shall be filed by March 10, 2022. SO ORDERED.. (Signed by Judge John P. Cronan on 11/2/2021) (kv) (Entered: 11/03/2021) |
| 11/03/2021 | | Set/Reset Deadlines: Expert Discovery due by 2/8/2022. Fact Discovery due by 12/10/2021. (kv) (Entered: 11/03/2021) |
| 11/05/2021 | 71 | MEMORANDUM AND ORDER granting in part and denying in part 41 Motion to Compel. For the foregoing reasons, the plaintiffs' motion to compel, Docket Entry No. 41, is granted in part and denied in part. The defendants shall disclose to the plaintiffs, in an unredacted form, the relevant records concerning the 2017 reporter's identity, and the plaintiffs are permitted to question the 2017 reporter and others at a deposition(s) about the reporter's identity and to elicit information concerning the factual allegations the 2017 reporter made to the State Central Register. On or before November 12, 2021, the plaintiffs shall submit to the Court, via affidavit or other competent evidence, the reasonable expenses they incurred with respect to making the motion and such other information as the plaintiffs believe will assist the Court in determining whether apportioning of the reasonable expenses incurred is warranted. On or before November 17, 2021, the defendants shall submit any challenge to the reasonableness of the expenses and such other information as the defendants believe will assist the Court in determining whether apportioning the reasonable expenses incurred by the plaintiffs is warranted. On or before November 19, 2021, the plaintiffs may submit any reply. SO ORDERED. (Signed by Magistrate Judge Kevin Nathaniel Fox on 11/5/2021) (va) (Entered: 11/05/2021) |
| 11/05/2021 | | Set/Reset Deadlines: Replies due by 11/19/2021. (va) (Entered: 11/05/2021) |
| 11/12/2021 | 72 | DECLARATION of Carolyn A. Kubitschek in Support re: 41 FIRST MOTION to Compel Defendants to Produce discovery and testimony . Document filed by Elisa Stollman. (Attachments: # 1 Exhibit Time records, # 2 Exhibit David J. Lansner resume, # 3 Exhibit Carolyn A. Kubitschek resume, # 4 Exhibit Lesley Berson (Mbaye) resume).(Kubitschek, Carolyn) (Entered: 11/12/2021) |
| 11/15/2021 | 73 | ORDER: IT IS HEREBY ORDERED that a telephone conference shall be held in the above– captioned action on November 18, 2021, at 4:00 p.m. All parties are directed to call (888) 557–8511 and, thereafter, enter access code 4862532. Counsel to the plaintiffs is directed to serve a copy of this order on Safe Horizon, Inc., and file proof of such service with the Clerk of Court. SO ORDERED. ( Telephone Conference set for 11/18/2021 at 04:00 PM before Magistrate Judge Kevin Nathaniel Fox.) (Signed by Magistrate Judge Kevin Nathaniel Fox on 11/15/2021) (vfr) (Entered: 11/15/2021) |
| 11/15/2021 | 74 | AFFIDAVIT OF SERVICE of MJ Fox order dated 11.15.2021 served on Michael Williams and Curt C. Mechling, both Safe Horizon, Inc. attorneys on November 15, 2021. Service was made by EMAIL. Document filed by Elisa Stollman..(Kubitschek, |

| | | |
|---|---|---|
| | | Carolyn) (Entered: 11/15/2021) |
| 11/15/2021 | 75 | CONSENT LETTER MOTION for Extension of Time addressed to Magistrate Judge Kevin Nathaniel Fox from Copatrick Thomas dated 11/15/2021. Document filed by City of New York..(Thomas, Copatrick) (Entered: 11/15/2021) |
| 11/16/2021 | 76 | ORDER granting 75 Letter Motion for extension of time, to November 24, 2021, for the defendants to file any challenge to the reasonableness of the plaintiffs' motion expenses. Any reply shall be filed on or before November 30, 2021. (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox)(Text Only Order) (Fox, Kevin Nathaniel) (Entered: 11/16/2021) |
| 11/18/2021 | 77 | ORDER denying 54 Letter Motion to Compel. Based on the motion record and the arguments made during the conference, and for the reasons communicated to the conference participants, the Court finds that the instant action is not a "relevant court proceeding," as contemplated by N.Y. Social Service Law § 423–a(5)(A), which would permit the disclosure to the plaintiffs of the material described in the subpoena. Therefore, Safe Horizon need not comply with the subpoena and the plaintiffs' motion, Docket Entry No. 54, that Safe Horizon be held in contempt of court for failing to comply with the subpoena, is denied.. SO ORDERED.. (Signed by Magistrate Judge Kevin Nathaniel Fox on 11/18/2021) (kv) (Entered: 11/18/2021) |
| 11/18/2021 | | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox: Telephone Conference held on 11/18/2021. (Potter, Elizabeth) (Entered: 11/22/2021) |
| 11/22/2021 | 78 | ORDER denying as moot 30 Letter Motion to Compel (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox)(Text Only Order) (Fox, Kevin Nathaniel) (Entered: 11/22/2021) |
| 11/24/2021 | 79 | MEMORANDUM OF LAW in Opposition re: 41 FIRST MOTION to Compel Defendants to Produce discovery and testimony . *Concerning whether apportioning of the reasonable expenses incurred is warranted.* Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Thomas, Copatrick) (Entered: 11/24/2021) |
| 11/30/2021 | 80 | SECOND REPLY MEMORANDUM OF LAW in Support re: 41 FIRST MOTION to Compel Defendants to Produce discovery and testimony . . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 11/30/2021) |
| 11/30/2021 | 81 | DECLARATION of Carolyn A. Kubitschek in Support re: 41 FIRST MOTION to Compel Defendants to Produce discovery and testimony .. Document filed by Elisa Stollman. (Attachments: # 1 Exhibit Redacted retainer agreements).(Kubitschek, Carolyn) (Entered: 11/30/2021) |
| 12/02/2021 | 82 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** APPEAL OF MAGISTRATE JUDGE DECISION to District Court from 77 Order on Motion to Compel,,. Document filed by Elisa Stollman. Copies of Appeal of Magistrate Judge Decision to District Court served on Attorney(s) of Record: Curtis C. Mehling and Michael H. Williams. (Attachments: # 1 Exhibit Doc. 77_MJ Order).(Kubitschek, Carolyn) Modified on 12/2/2021 (tp). (Entered: 12/02/2021) |
| 12/02/2021 | | **\*\*\*NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Kubitschek, Carolyn to RE–FILE Document 82 Appeal of Magistrate Judge Decision to District Court. Use the event type Objection (non–motion) found under the event list Other Answers. (tp)** (Entered: 12/02/2021) |
| 12/02/2021 | 83 | Objection re: 77 Order on Motion to Compel,, *and to hold Safe Horizon, Inc. in contempt of court.* Document filed by Elisa Stollman. (Attachments: # 1 Exhibit Order of Magistrate Judge).(Kubitschek, Carolyn) (Entered: 12/02/2021) |
| 12/03/2021 | 84 | ORDER: On December 2, 2021, Plaintiffs filed Objections to a November 18, 2021 Order the Honorable Kevin Nathaniel Fox. Dkt. 83. Safe Horizon shall oppose by December 17, 2021, and Plaintiffs shall reply, if at all, by December 27, 2021. SO ORDERED. (Signed by Judge John P. Cronan on 12/3/2021) (jca) (Entered: 12/03/2021) |

| 12/10/2021 | 85 | MEMORANDUM AND ORDER: For the reasons set forth above, the expenses incurred by the plaintiffs on the motion shall be apportioned as described above, and the plaintiffs are awarded $12,010.50, their reasonable attorneys' fees. SO ORDERED. (Signed by Magistrate Judge Kevin Nathaniel Fox on 12/10/2021) (va) (Entered: 12/10/2021) |
|---|---|---|
| 12/10/2021 | 86 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/18/2021 before Magistrate Judge Kevin Nathaniel Fox. Court Reporter/Transcriber: Patricia Nilsen, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/3/2022. Redacted Transcript Deadline set for 1/10/2022. Release of Transcript Restriction set for 3/10/2022..(Moya, Goretti) (Entered: 12/10/2021) |
| 12/10/2021 | 87 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 11/18/21 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 12/10/2021) |
| 12/17/2021 | 88 | RESPONSE re: 83 Objection (non−motion) . Document filed by Safe Horizon, Inc...(Mechling, Curtis) (Entered: 12/17/2021) |
| 12/27/2021 | 89 | REPLY MEMORANDUM OF LAW in Support re: 83 Objection (non−motion) *TO THE ORDER OF THE MAGISTRATE JUDGE, DOC. 77*. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 12/27/2021) |
| 02/01/2022 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Jennifer E. Willis. Please note that this is a reassignment of the designation only. (sjo) (Entered: 02/01/2022) |
| 02/01/2022 | | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the above entitled action has been reassigned to Magistrate Judge Jennifer E Willis, for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement). Magistrate Judge Kevin Nathaniel Fox no longer referred to the case. (sjo) (Entered: 02/01/2022) |
| 02/08/2022 | 90 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Jennifer Willis from Copatrick Thomas dated 2/8/2022. Document filed by City of New York..(Thomas, Copatrick) (Entered: 02/08/2022) |
| 02/09/2022 | 91 | LETTER RESPONSE in Opposition to Motion addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated February 9, 2022 re: 90 LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Jennifer Willis from Copatrick Thomas dated 2/8/2022. . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 02/09/2022) |
| 02/14/2022 | 92 | ORDER granting 90 Letter Motion for Extension of Time to Complete Discovery. The request is granted. The parties shall complete expert discovery by May 9, 2022. The parties shall file a joint proposed revised case management plan in accordance with this Order by February 14, 2022. The parties shall also inform the Court if they request a referral to the magistrate judge or the Southern District's annexed mediation program to assist in settlement. Defendant's opposition, Dkt. 91, queried whether extension requests should be directed to Judge Willis or to the undersigned. In light of Judge Willis's recent reassignment, the Court addresses this request, but Judge Willis will address future requests in the course of exercising general pretrial supervision. Dkt. 24. SO ORDERED. (Signed by Judge John P. Cronan on 2/10/2022) (jca) (Entered: 02/14/2022) |
| 02/14/2022 | | Set/Reset Deadlines: Expert Discovery due by 5/9/2022. (jca) (Entered: 02/14/2022) |
| 02/14/2022 | 93 | LETTER RESPONSE to Motion addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated February 14, 2022 re: 90 LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Jennifer Willis from Copatrick Thomas dated 2/8/2022. *Proposed Case Management Plan*. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 02/14/2022) |

| 02/16/2022 | 94 | MEMO ENDORSEMENT on re: 93 Response to Motion, filed by Elisa Stollman. ENDORSEMENT: SO ORDERED. (Deposition due by 5/9/2022., Expert Discovery due by 5/9/2022.) (Signed by Judge John P. Cronan on 2/16/2022) (jca) (Entered: 02/16/2022) |
|---|---|---|
| 03/28/2022 | 95 | MOTION for Martin E. Friedlander to Withdraw as Attorney . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 03/28/2022) |
| 03/29/2022 | 96 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Elisa Stollman. Related Document Number: 95 ..(Kubitschek, Carolyn) (Entered: 03/29/2022) |
| 04/01/2022 | 97 | ORDER granting 95 Motion to Withdraw as Attorney. IT IS HEREBY ORDERED that attorney Martin E. Friedlander is hereby withdrawn as one of the attorneys for Plaintiffs in the above−entitled action. The Clerk of Court is directed to terminate the motion at Dkt. No. 95. SO ORDERED. Attorney Martin Friedlander terminated. (Signed by Magistrate Judge Jennifer E Willis on 4/1/2022) (tg) (Entered: 04/01/2022) |
| 06/01/2022 | 98 | OPINION AND ORDER: For the foregoing reasons, Plaintiffs' Objection is sustained in part. The motion to compel discovery is granted, and the motion for contempt is denied. The parties shall meet and confer regarding an appropriate extension of discovery and file a status letter by June 6, 2022. SO ORDERED. (Signed by Judge John P. Cronan on 6/1/2022) (jca) (Entered: 06/01/2022) |
| 06/06/2022 | 99 | LETTER addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated June 6, 2022 re: Joint status letter. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 06/06/2022) |
| 06/07/2022 | 100 | ORDER: On June 6, 2022 the Parties submitted a joint status letter to Judge Cronan. Dkt. No. 99. In that status letter, Defendants requested a settlement conference. Under the referral order in this case, I am available to assist with settlement in this matter. Dkt. No. 24.Should the parties wish to proceed with settlement, they are directed to contact Courtroom Deputy Christopher Davis by June 21, 2022 via email at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in the two−week period following July 10th. Any conference will be held in−person at Courtroom 228, 40 Foley Square, New York, New York. Counsel and parties are required to follow the Courts COVID−safety protocols and should review the Court's website in advance of the conference. Parties must attend in−person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre−conference submissions in accordance with Judge Willis's Individual Practices. SO ORDERED. (Signed by Magistrate Judge Jennifer E Willis on 6/7/2022) (tg) (Entered: 06/07/2022) |
| 06/09/2022 | 101 | CONSENT LETTER MOTION for Extension of Time addressed to Judge John P. Cronan from Copatrick Thomas dated 6/9/2022. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz−Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Thomas, Copatrick) (Entered: 06/09/2022) |
| 06/13/2022 | 102 | ORDER granting 101 CONSENT LETTER MOTION for Extension of Time. The request is granted. The deadline to submit premotion letters is extended to fourteen days after the settlement conference. SO ORDERED. (Signed by Judge John P. Cronan on 6/13/2022) (jca) (Entered: 06/13/2022) |
| 06/21/2022 | | Minute Entry A Settlement Conference has been scheduled to be held on 7/21/2022 at 10:00AM. The conference will take place at the Thurgood Marshall U.S. Courthouse located at 40 Foley Square New York, NY 10007. (cda) (Entered: 06/21/2022) |
| 07/01/2022 | 103 | CONSENT LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Jennifer Willis from Copatrick Thomas dated 7/1/2022. Document filed by City of New York..(Thomas, Copatrick) (Entered: 07/01/2022) |
| 07/05/2022 | 104 | ORDER granting 103 Letter Motion to Adjourn Conference. On July 1, 2022 the Parties submitted a letter requesting the adjournment of the settlement conference currently scheduled for July 21, 2022. Dkt. No. 103. The Parties are instructed to contact Courtroom Deputy Christopher Davis by July 8,2022 via email at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates |

| | | |
|---|---|---|
| | | between September 6–15, 2022. The conference will still be held in–person at Courtroom 228, 40 Foley Square, New York, New York. SO ORDERED. (Signed by Magistrate Judge Jennifer E Willis on 7/5/2022) (tg) (Entered: 07/05/2022) |
| 07/05/2022 | 105 | MOTION for Copatrick Thomas to Withdraw as Attorney . Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Thomas, Copatrick) (Entered: 07/05/2022) |
| 07/06/2022 | 106 | MEMO ENDORSEMENT granting 105 Motion to Withdraw as Attorney. ENDORSEMENT: The motion to withdraw is GRANTED. SO ORDERED. Attorney Copatrick Thomas terminated. (Signed by Magistrate Judge Jennifer E Willis on 7/6/2022) (tg) (Entered: 07/06/2022) |
| 07/14/2022 | 107 | NOTICE OF APPEARANCE by Kimberly Joyce on behalf of City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Joyce, Kimberly) (Entered: 07/14/2022) |
| 07/19/2022 | | Minute Entry: A Settlement Conference is scheduled for 9/8/2022 at 10:00AM. The conference will take place at the Thurgood Marshall US Courthouse located at 40 Foley Square New York, NY 10007 in courtroom 228. (cda) (Entered: 07/19/2022) |
| 09/06/2022 | 108 | FIRST LETTER MOTION to Adjourn Conference *to Cancel the upcoming Settlement Conference* addressed to Magistrate Judge Jennifer Willis from Kimberly M. Joyce dated September 6, 2022. Document filed by City of New York..(Joyce, Kimberly) (Entered: 09/06/2022) |
| 09/06/2022 | 109 | LETTER RESPONSE to Motion addressed to Magistrate Judge Jennifer Willis from Carolyn A. Kubitschek dated September 6, 2022 re: 108 FIRST LETTER MOTION to Adjourn Conference *to Cancel the upcoming Settlement Conference* addressed to Magistrate Judge Jennifer Willis from Kimberly M. Joyce dated September 6, 2022. . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 09/06/2022) |
| 09/07/2022 | 110 | ORDER granting 108 Letter Motion to Adjourn Conference. The Court does not think that proceeding with settlement when one party has stated they are not interested in doing so is an efficient use of judicial resources. In light of this, the settlement conference scheduled for September 8, 2022 is adjourned sine die. In accordance with the Parties' letter dated June 6, 2022, pre–motion letters for any anticipated motions are due in two weeks, on September 22, 2022. SO ORDERED. (Signed by Magistrate Judge Jennifer E Willis on 9/7/2022) (tg) (Entered: 09/07/2022) |
| 09/22/2022 | 111 | LETTER MOTION for Leave to File Motion for Summary Judgment addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated September 22, 2022. Document filed by Shmuel Stollman..(Kubitschek, Carolyn) (Entered: 09/22/2022) |
| 09/22/2022 | 112 | FIRST LETTER MOTION for Extension of Time to File *pre–motion conference letter* addressed to Judge John P. Cronan from Kimberly M. Joyce dated September 22, 2022. Document filed by City of New York..(Joyce, Kimberly) (Entered: 09/22/2022) |
| 09/26/2022 | 113 | ORDER granting 112 Letter Motion for Extension of Time to File. This request is granted. Defendants shall submit their pre–motion letter by September 30, 2022. SO ORDERED. (Signed by Judge John P. Cronan on 9/23/2022) (vfr) (Entered: 09/26/2022) |
| 09/30/2022 | 114 | LETTER MOTION for Leave to File Motion for Summary Judgment addressed to Judge John P. Cronan from Kimberly M. Joyce dated September 30, 2022. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Joyce, Kimberly) (Entered: 09/30/2022) |
| 10/04/2022 | 115 | ORDER: granting 114 Letter Motion for Leave to File Document. The Court accepts Defendants' proposed briefing schedule. The parties' motions for summary judgment shall be submitted by December 2, 2022; their oppositions shall be submitted by January 13, 2023; and their replies shall be submitted by January 27, 2023. SO ORDERED. (Signed by Judge John P. Cronan on 10/04/2022) (ama) (Entered: |

| | | |
|---|---|---|
| | | 10/04/2022) |
| 10/04/2022 | | Set/Reset Deadlines: Motions due by 12/2/2022. Responses due by 1/13/2023 Replies due by 1/27/2023. (ama) (Entered: 10/04/2022) |
| 10/04/2022 | 116 | LETTER RESPONSE to Motion addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated October 4, 2022 re: 114 LETTER MOTION for Leave to File Motion for Summary Judgment addressed to Judge John P. Cronan from Kimberly M. Joyce dated September 30, 2022. . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 10/04/2022) |
| 10/04/2022 | 117 | LETTER addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated October 4, 2022 re: Plaintiffs' Response to motion for summary judgment. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 10/04/2022) |
| 10/12/2022 | 118 | MEMO ENDORSEMENT on re: 116 Response to Motion, filed by Elisa Stollman. ENDORSEMENT: Plaintiffs' request for an extension of the summary judgment briefing schedule is granted. The parties' oppositions shall be due by February 1, 2023, and their replies shall be due by February 15, 2023. The Clerk of Court is respectfully directed to close the motion pending at docket number 111. SO ORDERED. (Responses due by 2/1/2023, Replies due by 2/15/2023.), Motions terminated: 111 LETTER MOTION for Leave to File Motion for Summary Judgment addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated September 22, 2022. filed by Shmuel Stollman. (Signed by Judge John P. Cronan on 10/12/2022) (jca) (Entered: 10/12/2022) |
| 12/02/2022 | 119 | FIRST LETTER MOTION for Extension of Time to File *partial motions for summary judgment by the parties* addressed to Judge John P. Cronan from Kimberly M. Joyce dated December 2, 2022. Document filed by City of New York..(Joyce, Kimberly) (Entered: 12/02/2022) |
| 12/05/2022 | 120 | ORDER granting 119 Letter Motion for Extension of Time to File. The request is granted. The parties shall file their motions for partial summary judgment by January 4, 2023; they shall file their oppositions by March 6, 2023; and they shall file their replies by March 20, 2023. SO ORDERED. (Signed by Judge John P. Cronan on 12/5/2022) (jca) (Entered: 12/05/2022) |
| 12/05/2022 | | Set/Reset Deadlines: Motions due by 1/4/2023. Responses due by 3/6/2023 Replies due by 3/20/2023. (jca) (Entered: 12/05/2022) |
| 12/27/2022 | 121 | LETTER MOTION for Leave to File Motions for summary judgment without seal addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated 12/27/2022. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 12/27/2022) |
| 01/03/2023 | 122 | LETTER MOTION for Extension of Time to File *papers in support of the parties' motions for partial summary judgment* addressed to Judge John P. Cronan from Andrew J. Rauchberg dated January 3, 2023. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Rauchberg, Andrew) (Entered: 01/03/2023) |
| 01/03/2023 | 123 | LETTER RESPONSE in Opposition to Motion addressed to Judge John P. Cronan from David J. Lansner dated January 3, 2023 re: 122 LETTER MOTION for Extension of Time to File *papers in support of the parties' motions for partial summary judgment* addressed to Judge John P. Cronan from Andrew J. Rauchberg dated January 3, 2023. . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 01/03/2023) |
| 01/03/2023 | 124 | ORDER granting 121 Letter Motion for Leave to File Document. The request is granted. The parties may file their motions for summary judgment and any related papers without filing under seal. SO ORDERED. (Signed by Judge John P. Cronan on 1/3/2023) (jca) (Entered: 01/03/2023) |
| 01/04/2023 | 125 | MOTION for Partial Summary Judgment . Document filed by Elisa Stollman. Responses due by 3/6/2023.(Kubitschek, Carolyn) (Entered: 01/04/2023) |
| 01/04/2023 | 126 | **FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT #128)** MEMORANDUM OF LAW in Support re: 125 MOTION for Partial Summary |

| | | |
|---|---|---|
| | | Judgment . . Document filed by Elisa Stollman..(Kubitschek, Carolyn) Modified on 1/4/2023 (lb). (Entered: 01/04/2023) |
| 01/04/2023 | [127](#) | **FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT #128)** MEMORANDUM OF LAW in Support re: 125 MOTION for Partial Summary Judgment . . Document filed by Elisa Stollman..(Kubitschek, Carolyn) Modified on 1/4/2023 (lb). (Entered: 01/04/2023) |
| 01/04/2023 | [128](#) | MEMORANDUM OF LAW in Support re: 125 MOTION for Partial Summary Judgment . . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 01/04/2023) |
| 01/04/2023 | [129](#) | RULE 56.1 STATEMENT. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 01/04/2023) |
| 01/04/2023 | [130](#) | DECLARATION of Carolyn A. Kubitschek in Support re: 125 MOTION for Partial Summary Judgment .. Document filed by Elisa Stollman. (Attachments: # 1 Exhibit Complaint in this action, # 2 Exhibit Answer in this action, # 3 Exhibit portions of deposition of 30(b)(6) witness Shirene Pratt–Baker, # 4 Exhibit portions of Aug. 5, 2021 deposition of Miriam Ortiz–Downes, # 5 Exhibit portions of Dec. 4, 2019 Family Court testimony of Miriam Ortiz–Downes, # 6 Exhibit portions of Dec. 11, 2019 Family Court testimony of Miriam Ortiz–Downes, # 7 Exhibit Oral Report Transmittal, # 8 Exhibit Family Court Order of Dismissal, # 9 Exhibit OCFS letter to Shmuel Stollman – charges unfounded, # 10 Exhibit OCFS letter to Elisa Stollman – charges unfounded, # 11 Exhibit portions of deposition of Shmuel Stollman, # 12 Exhibit portions of deposition of Elisa Stollman, # 13 Exhibit portions of deposition of Lakeasha Williams, # 14 Exhibit portions of July 29, 2021 deposition of Annemarie Fuschetti, # 15 Exhibit portions of July 27, 2021 deposition of Edward O'Connor, # 16 Exhibit portions of deposition of Carmela Montanile, # 17 Exhibit portions of Dec. 6, 2021 deposition of Ebony Russell, # 18 Exhibit portions of deposition of Tonya Wheelock, # 19 Exhibit portion of CPS Program Manual, # 20 Exhibit Report of Suspected Child Abuse or Maltreatment, dated Oct. 27, 2017, # 21 Exhibit portions of ACS Investigation Progress Notes, # 22 Exhibit portions of July 19, 2021 deposition of Ebony Russell, # 23 Exhibit Family Court petition filed against Shmuel Stollman, # 24 Exhibit portions of deposition of Kai Hayes).(Kubitschek, Carolyn) (Entered: 01/04/2023) |
| 01/04/2023 | [131](#) | ORDER granting in part and denying in part 122 Letter Motion for Extension of Time to File. The request is granted in part. The parties shall file their motions for summary judgment by February 1, 2023; they shall file oppositions by March 20, 2023; and they shall file replies by April 10, 2023. No further extensions shall be granted to Defendants absent extraordinary circumstances. (Signed by Judge John P. Cronan on 1/4/2023) (ate) (Entered: 01/04/2023) |
| | | Set/Reset Deadlines: Motions due by 2/1/2023. Responses due by 3/20/2023. Replies due by 4/10/2023. (ate) (Entered: 01/04/2023) |
| 02/01/2023 | [132](#) | MOTION for Summary Judgment . Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Aroubas, Shlomit) (Entered: 02/01/2023) |
| 02/01/2023 | [133](#) | DECLARATION of Shlomit Aroubas in Support re: 132 MOTION for Summary Judgment .. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K).(Aroubas, Shlomit) (Entered: 02/01/2023) |
| 02/01/2023 | [134](#) | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION for Summary Judgment *DEFENDANTS' RULE 51.6 Statement*. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Aroubas, Shlomit) Modified on 2/2/2023 (kj). (Entered: 02/01/2023) |

| | | |
|---|---|---|
| 02/01/2023 | 135 | MEMORANDUM OF LAW in Support re: 132 MOTION for Summary Judgment . . Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Aroubas, Shlomit) (Entered: 02/01/2023) |
| 02/02/2023 | | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Shlomit Aroubas to RE–FILE Document 134 MOTION for Summary Judgment *DEFENDANTS' RULE 51.6 Statement*.. Use the event type Other Answers found under the event list Rule 56.1 Statement. (kj) (Entered: 02/02/2023) |
| 02/02/2023 | 136 | RULE 56.1 STATEMENT. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Aroubas, Shlomit) (Entered: 02/02/2023) |
| 03/13/2023 | 137 | LETTER MOTION for Extension of Time *and expansion of page limit* addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated March 13, 2023. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 03/13/2023) |
| 03/14/2023 | 138 | MOTION for Kimberly M. Joyce to Withdraw as Attorney . Document filed by City of New York. (Attachments: # 1 Affidavit Declaration in Support).(Joyce, Kimberly) (Entered: 03/14/2023) |
| 03/14/2023 | 139 | ORDER granting 137 Letter Motion for Extension of Time. The requests are granted. The parties shall oppose each other's motions for summary judgment by April 3, 2023, and they shall reply in support of their own motions for summary judgment by May 15, 2023. Furthermore, they may submit memoranda of law of up to forty pages in opposition to summary judgment. SO ORDERED. (Signed by Judge John P. Cronan on 3/14/2023) (tg) (Entered: 03/14/2023) |
| 03/14/2023 | | Set/Reset Deadlines: Responses due by 4/3/2023 Replies due by 5/15/2023. (tg) (Entered: 03/14/2023) |
| 03/15/2023 | 140 | MEMO ENDORSEMENT granting 138 Motion to Withdraw as Attorney. ENDORSEMENT: The request is granted. The Clerk of Court is respectfully directed to terminate Kimberley Joyce as attorney of record in this case. Attorney Kimberly Joyce terminated. (Signed by Judge John P. Cronan on 3/15/2023) (ate) (Entered: 03/15/2023) |
| 04/03/2023 | 141 | DECLARATION of Carolyn A. Kubitschek in Opposition re: 132 MOTION for Summary Judgment .. Document filed by Elisa Stollman. (Attachments: # 1 Exhibit 25. Court report, Nov. 29, 2017, # 2 Exhibit 26. Ortiz–Downes handwritten notes, October 30, 2017, # 3 Exhibit 27. Initial Child Safety Conference Recommendation Summary).(Kubitschek, Carolyn) (Entered: 04/03/2023) |
| 04/03/2023 | 142 | DECLARATION of Elisa Stollman in Opposition re: 132 MOTION for Summary Judgment .. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 04/03/2023) |
| 04/03/2023 | 143 | RESPONSE in Opposition to Motion re: 132 MOTION for Summary Judgment . *Plaintiffs' Rule 56.1 Statement in Opposition*. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 04/03/2023) |
| 04/03/2023 | 144 | MEMORANDUM OF LAW in Opposition re: 132 MOTION for Summary Judgment . . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 04/03/2023) |
| 04/03/2023 | 145 | DECLARATION of Carolyn A in Opposition re: 132 MOTION for Summary Judgment .. Document filed by Elisa Stollman. (Attachments: # 1 Exhibit 28. Communications notebook, # 2 Exhibit 29. impartial hearing decision, december 13, 2018).(Kubitschek, Carolyn) (Entered: 04/03/2023) |
| 04/03/2023 | 146 | RESPONSE in Opposition to Motion re: 125 MOTION for Partial Summary Judgment . *Defendants' Response to Plaintiffs' 56.1 Statement*. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Aroubas, Shlomit) (Entered: 04/03/2023) |

| 04/03/2023 | 147 | MEMORANDUM OF LAW in Opposition re: 125 MOTION for Partial Summary Judgment . . Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Aroubas, Shlomit) (Entered: 04/03/2023) |
|---|---|---|
| 04/04/2023 | 148 | DECLARATION of Carolyn A. Kubitschek in Opposition re: 132 MOTION for Summary Judgment .. Document filed by Elisa Stollman. (Attachments: # 1 Exhibit 30. IEP, March 8, 2017, # 2 Exhibit 31. IEP, March 15, 2018, # 3 Exhibit 32. Psychoeducational evaluation, February, 2018, # 4 Exhibit 33. Report of Classroom observation, January 19, 2018, # 5 Exhibit 34. Behavioral Intervention Plan, March 5, 2018).(Kubitschek, Carolyn) (Entered: 04/04/2023) |
| 04/04/2023 | 149 | RESPONSE in Opposition to Motion re: 132 MOTION for Summary Judgment . *Declartion of Carolyn A. Kubitschek with Exhibits*. Document filed by Elisa Stollman. (Attachments: # 1 Exhibit 35. Errata sheet Shmuel Stollman, # 2 Exhibit 36. Errata sheet Elisa Stollman, # 3 Exhibit 37. Transcript, October 30, 2017, # 4 Exhibit 38. Parent Meeting Agenda regarding ES, March 3, 2017, # 5 Exhibit 39. Court Report by ACS, April 10, 2018, # 6 Exhibit 40. Court Report by ACS, May 26, 2018, # 7 Exhibit 41. Letter, November 2, 2017, # 8 Exhibit 42. ACS Family Service Progress Notes from March 22 to 26, 2018, # 9 Exhibit 43. Report of Cecilia McCarton, MD, November 2017, # 10 Exhibit 44. ACS's Initial Child Safety Conference Policy, # 11 Exhibit 45. Report of Karla Kulba, January 2018, # 12 Exhibit 46. ACS Division of Child Protection Casework Practice Requirements Manual, December 2013, # 13 Exhibit 47. Family Court Petition regarding LS, October 30, 2017, # 14 Exhibit 48. Defendants' Responses and Objections to Plaintiffs' First Interrogatories, May 11, 2021, # 15 Exhibit 49. Closing Report from ACS records regarding 2016 case, # 16 Exhibit 50. Curriculum vitae of Ceclilia McCarton, MD, # 17 Exhibit 51. Transcript, December 4, 2017, # 18 Exhibit 52. Transcript, Decmeber 11, 2017, # 19 Exhibit 53. Transcript, December 14, 2017, # 20 Exhibit 54. Transcript, December 15, 2017, # 21 Exhibit 55. Transcript, Morning Proceeding, December 21, 2017, # 22 Exhibit 56. Transcript, Afternoon Proceeding, December 21, 2017, # 23 Exhibit 57. Transcript, January 10, 2018, # 24 Exhibit 58. Transcript, January 16, 2018, # 25 Exhibit 59. Transcript, January 17, 2018, # 26 Exhibit 60. Transcript, January 23, 2018, # 27 Exhibit 61. Transcript, February 8, 2018, # 28 Exhibit 62. Transcript, February 14, 2018, # 29 Exhibit 63. ACS audit December 2020, # 30 Exhibit 64. Transcript, July 17, 2018, # 31 Exhibit 65. Curriculum Vitae Kara Kulba, # 32 Exhibit 66. Report of Suspected Child Abuse or Maltrreatment, October 27, 2017).(Kubitschek, Carolyn) (Entered: 04/04/2023) |
| 04/04/2023 | 150 | DECLARATION of Carolyn Kubitschek in Opposition re: 132 MOTION for Summary Judgment .. Document filed by Elisa Stollman. (Attachments: # 1 Exhibit 67. Deposition Transcriptof Miriam Ortiz–Downes, December 23, 2021, # 2 Exhibit 68. Deposition Transcript of Shmuel Stollman, # 3 Exhibit 69. Deposition Transcript of Tonya Wheelock, December 7, 2021, # 4 Exhibit 70. Deposition Transcript of Edward O'Connor, November 24, 2021, # 5 Exhibit 71. Deposition Transcript of Ebony Russell, July 19, 2021, # 6 Exhibit 72. Deposition Transcript of Ebony Russell, December 6, 2021, # 7 Exhibit 73. Deposition Transcript of Glen Hyman, August 12, 2021, # 8 Exhibit 74. Deposition Transcript of Lakeasha Williams, August 10, 2021, # 9 Exhibit 75. Deposition Transcript of Carmela Montanile, August 17, 2021, # 10 Exhibit 76. Deposition Transcript of Kai Hayes, August 17, 2021, # 11 Exhibit 77. Deposition Transcript of Shirenee Pratt–Baker, August 13, 2021, # 12 Exhibit 78. Deposition Transcript of Annemarie Fuschetti, July 29, 2021, # 13 Exhibit 79 A. Photos of ES'S iPad and enlarged photos of icons on iPad, # 14 Exhibit 79 B. Additional photos of icons on iPad).(Kubitschek, Carolyn) (Entered: 04/04/2023) |
| 05/10/2023 | 151 | LETTER MOTION for Extension of Time *to file replies, and expansion of page limit* addressed to Judge John P. Cronan from Shlomit Aroubas dated May 10, 2023. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Aroubas, Shlomit) (Entered: 05/10/2023) |
| 05/11/2023 | 152 | ORDER granting in part and denying in part 151 Letter Motion for Extension of Time. The requests are granted in part. Defendants shall reply in support of their motion for summary judgment by July 1, 2023, and their reply brief may be up to 25 pages long. |

| | | |
|---|---|---|
| | | Given that Plaintiffs' opposition to summary judgment was filed on April 2, 2023, an extension until July 1, 2023 will provide more than enough time for Defendants to submit a reply brief. Absent extraordinary circumstances, no further extensions will be granted. SO ORDERED. (Signed by Judge John P. Cronan on 5/11/2023) (tg) (Entered: 05/11/2023) |
| 05/11/2023 | | Set/Reset Deadlines: Replies due by 7/1/2023. (tg) (Entered: 05/11/2023) |
| 05/24/2023 | <u>153</u> | REPLY MEMORANDUM OF LAW in Support re: <u>125</u> MOTION for Partial Summary Judgment . . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 05/24/2023) |
| 07/03/2023 | <u>154</u> | REPLY to Response to Motion re: <u>132</u> MOTION for Summary Judgment . *Defendants' Response to Plaintiffs' 56.1(b) Statement*. Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Aroubas, Shlomit) (Entered: 07/03/2023) |
| 07/03/2023 | <u>155</u> | REPLY MEMORANDUM OF LAW in Support re: <u>132</u> MOTION for Summary Judgment . . Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Aroubas, Shlomit) (Entered: 07/03/2023) |
| 08/28/2023 | <u>156</u> | NOTICE OF APPEARANCE by Jacquelyn Dainow on behalf of City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz–Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Dainow, Jacquelyn) (Entered: 08/28/2023) |
| 09/27/2023 | <u>157</u> | OPINION AND ORDER re: <u>132</u> MOTION for Summary Judgment . filed by Annemarie Fuschetti, Glenn Hyman, Tonya Wheelock, Ebony Russell, Miriam Ortiz–Downes, City of New York, Keren Ennette, Carmela Montanile, Lakeasha Williams, Edward O'Connor, Kai Hayes, <u>125</u> MOTION for Partial Summary Judgment . filed by Elisa Stollman. For the foregoing reasons, the Court denies Plaintiffs' motion for partial summary judgment and grants Defendants' motion for summary judgment. The Court dismisses with prejudice all of Plaintiffs' federal claims and dismisses without prejudice all their state law claims, over which the Court declines to exercise supplemental jurisdiction. The Clerk of the Court is respectfully directed to enter judgment in favor of Defendants and to close this case. SO ORDERED. (Signed by Judge John P. Cronan on 9/27/2023) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 09/27/2023) |
| 09/27/2023 | <u>158</u> | CLERK'S JUDGMENT re: <u>157</u> Memorandum & Opinion. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons set forth in the Court's Opinion and Order dated September 27, 2023, the Court denies Plaintiffs' motion for partial summary judgment and grants Defendants' motion for summary judgment. The Court dismisses with prejudice all of Plaintiffs' federal claims and dismisses without prejudice all their state law claims, over which the Court declines to exercise supplemental jurisdiction. Judgment is entered in favor of Defendants and the case is closed. (Signed by Clerk of Court Ruby Krajick on 9/27/2023) (Attachments: # <u>1</u> Appeal Package) (tp) (Entered: 09/27/2023) |
| 10/16/2023 | <u>159</u> | LETTER MOTION for Leave to File Excess Pages *on memorandum of law in support of Rule 59(e) motion* addressed to Judge John P. Cronan from Carolyn A. Kubitschek dated October 16, 2023. Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 10/16/2023) |
| 10/18/2023 | <u>160</u> | ORDER denying <u>159</u> Letter Motion for Leave to File Excess Pages. Plaintiffs' request is denied, as they have failed to provide any compelling reason for why a page extension is needed. A motion for reconsideration is an "extraordinary remedy to be employed sparingly in the interests of finality and conservation of scarce judicial resources." Jones v. Caputo, No. 22 Civ. 2794 (JPC), 2023 WL 2436039, *3 (S.D.N.Y. Feb. 16, 2023). Accordingly, in seeking reconsideration of a court order determining a motion, the moving party must "set[] forth concisely the matters of controlling decisions which counsel believes the Court has overlooked." Local Civil Rule 6.3 (emphasis added). In concisely setting forth their grounds for relief, the Plaintiffs shall comply with the page limit as provided in this Court's Individual Rules. SO |

| | | |
|---|---|---|
| | | ORDERED. (Signed by Judge John P. Cronan on 10/18/2023) (jca) (Entered: 10/18/2023) |
| 10/25/2023 | 161 | MOTION to Alter Judgment re: 157 Memorandum & Opinion,,, 158 Clerk's Judgment,, . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 10/25/2023) |
| 10/25/2023 | 162 | MEMORANDUM OF LAW in Support re: 161 MOTION to Alter Judgment re: 157 Memorandum & Opinion,,, 158 Clerk's Judgment,, . . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 10/25/2023) |
| 10/26/2023 | 163 | NOTICE OF APPEAL from 158 Clerk's Judgment,,. Document filed by Elisa Stollman. Filing fee $ 505.00, receipt number ANYSDC−28485442. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Kubitschek, Carolyn) (Entered: 10/26/2023) |
| 10/27/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 163 Notice of Appeal. (tp) (Entered: 10/27/2023) |
| 10/27/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 163 Notice of Appeal, filed by Elisa Stollman were transmitted to the U.S. Court of Appeals. (tp) (Entered: 10/27/2023) |
| 11/08/2023 | 164 | MEMORANDUM OF LAW in Opposition re: 161 MOTION to Alter Judgment re: 157 Memorandum & Opinion,,, 158 Clerk's Judgment,, . . Document filed by City of New York, Keren Ennette, Annemarie Fuschetti, Kai Hayes, Glenn Hyman, Carmela Montanile, Edward O'Connor, Miriam Ortiz−Downes, Ebony Russell, Tonya Wheelock, Lakeasha Williams..(Aroubas, Shlomit) (Entered: 11/08/2023) |
| 11/15/2023 | 165 | REPLY MEMORANDUM OF LAW in Support re: 161 MOTION to Alter Judgment re: 157 Memorandum & Opinion,,, 158 Clerk's Judgment,, . . Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 11/15/2023) |
| 09/30/2024 | 166 | MEMORANDUM OPINION AND ORDER re: 161 MOTION to Alter Judgment re: 157 Memorandum & Opinion,,, 158 Clerk's Judgment,, . filed by Elisa Stollman. For the avoidance of any doubt, the Court has considered carefully the entirety of Plaintiffs motion and has found no basis to alter its judgment. As illustrated throughout this writing, Plaintiffs largely seek to resurrect arguments previously raised and rejected. And to the extent they introduce new arguments and case law not previously presented to the Court, such matters also are an improper basis for relief under Rule 59(e). Liberty Media Corp., 861 F. Supp. 2d at 265. Through and through, Plaintiffs have failed to point out any matters overlooked by the Court that reasonably would have altered this Court's conclusions in its September 27, 2023 Opinion and Order. Nor have they pointed to any intervening controlling case law, previously unavailable evidence, or clear errors resulting in manifest injustice. Plaintiffs have not met their "heavy burden" to show that reconsideration is warranted. D'Amico Dry D.A.C., 437 F. Supp. 3d at 314. Accordingly, the Court denies Plaintiffs motion. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 161. (And as further set forth herein.) SO ORDERED. (Signed by Judge John P. Cronan on 9/30/2024) (jca) (Entered: 09/30/2024) |
| 10/15/2024 | 167 | AMENDED NOTICE OF APPEAL re: 163 Notice of Appeal, 166 Memorandum & Opinion,,,,,, Document filed by Elisa Stollman..(Kubitschek, Carolyn) (Entered: 10/15/2024) |